IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMAS CASTILLO and
STACY CASTILLO,

      Plaintiffs,

v.                                                      1:21-cv-01163-JCH-LF

JANET RENDON, and
JESUS ALEJANDRO RODRIGUES,

      Defendants,

and

JESUS ALEJANDRO RODRIGUES,
and JANET RENDON,

      Counter Claimants,

v.

STACY CASTILLO and
TOMAS CASTILLO,

      Counter Defendants.

**ORDER ADOPTING MAGISTRATE JUDGE'S
PROPOSED FINDINGS AND RECOMMENDED DISPOSITION**

      The Magistrate Judge filed her Proposed Findings and Recommended Disposition on Issues Raised in the Order to Show Cause ("PFRD") on August 3, 2022 (ECF No. 21). The proposed findings notified the parties of their ability to file objections within fourteen (14) days and that failure to do so waived appellate review. *Id.* at 6. No objections were filed by the August 17, 2022 deadline.

      Wherefore,

      **IT IS HEREBY ORDERED AS FOLLOWS:**

1. The Magistrate Judge's Proposed Findings and Recommended Disposition on Issues Raised in the Order to Show Cause (ECF No. 21) is ADOPTED;

2. Plaintiff's attorney shall file a second amended complaint removing Stacy Castillo as a plaintiff within 21 days.

3. Defendants shall file an answer to the second amended complaint, an amended counterclaim, and any third-party claims within 21 days of the filing of the second amended complaint.

4. Plaintiff's counsel shall file a request to remove Stacy Castillo as personal representative of the Estate of Samuel Castillo within 10 days of this order. Plaintiff's counsel shall file a notice with this Court showing that Stacy Castillo has been removed as personal representative of the estate within seven days of her removal, or within seven days of this order, whichever comes sooner.

_____
SENIOR UNITED STATES DISTRICT JUDGE