IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

TOMAS CASTILLO,

    Plaintiff,

v.                                                                                                 1:21-cv-01163-JCH-LF

JANET RENDON, and
JESUS ALEJANDRO RODRIGUES,

    Defendants,

and

JESUS ALEJANDRO RODRIGUES,
and JANET RENDON,

    Counter Claimants,

v.

TOMAS CASTILLO,

    Counter Defendant.

## ORDER CANCELLING LIS PENDENS

THIS MATTER is before the Court on plaintiff's Unopposed Motion for Termination of Lis Pendens, filed July 24, 2023. Doc. 48. Having reviewed the motion and the relevant law, and aware that Plaintiff considers all claims on the Defendants' property to be resolved by the parties' settlement agreement, the Court ORDERS as follows:

1. The *lis pendens* filed by Plaintiff in Bernalillo County (Doc. # 2021105207), affecting Defendants' property identified as Lot 248, Subdivision TIMMARON WEST 5, commonly known as 1116 Egret Ct SW, Albuquerque, NM, 87121, is hereby ordered to be cancelled by the Bernalillo County Clerk pursuant to N.M.

    Stat. § 38-1-15;

2. The Clerk is directed to provide a certified copy of this Order to Plaintiff;

3. Plaintiff is ordered to file and record a certified copy of this Order with the Bernalillo County Clerk within seven days of the entry of this Order, and to provide proof of doing so at the hearing on August 2, 2023.

4. The Court reserves jurisdiction to decide any disagreement regarding the enforcement of the settlement agreement.

_____
Laura Fashing
United States Magistrate Judge